# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

BARRY B. ADAMS,

    Plaintiff,

v.                                                              CASE NO. 1:14-cv-00085-MP-GRJ

RALPH GRABEL, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 21, 2014. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 15) is adopted and incorporated by reference in this order.

2. This case is DISMISSED pursuant to 28 U.S.C. § 1915A as frivolous and because Plaintiff seeks relief against defendants who are immune from suit.

3. All pending motions are TERMINATED.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this   *20th* day of October, 2014

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge